USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

STATE NATIONAL INSURANCE
COMPANY,

                 **Plaintiff,**

    -against-

ACCREDITED SURETY AND CASUALTY
COMPANY, INC.,

                **Defendants.**

------------------------------------------------------------- x

1:22-cv-2278 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's response to its Order to Show Cause, *see* ECF No. 8, in which Plaintiff explains that it is involved in ongoing settlement negotiations with Defendant. Accordingly, the Court deems that its Order to Show Cause at ECF No. 7 is SATISFIED. Defendant shall answer or otherwise respond to the Complaint by **October 31, 2022**. If Defendant does not respond or otherwise answer by that date, Plaintiff is directed to seek a certificate of default by **November 4, 2022**.

    Plaintiff is directed to provide a copy of this Order to Defendant and file proof of service of the same by **October 21, 2022**.

**SO ORDERED.**

**Dated**:    October 18, 2022
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**