UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ACCREDITED SURETY AND CASUALTY COMPANY, INC., <br><br> Defendant. | 1:22-cv-02278 (JLR) (BCM) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS the deadline to complete all discovery is May 31, 2023. *See* ECF No. 20.

IT IS HEREBY ORDERED that the parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **June 26, 2023** at **10 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **June 5, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **June 12, 2023**.

IT IS FURTHER ORDERED that, no later than **June 19, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

This order does not otherwise impact the deadlines and dates in the Initial Case Management Order dated December 7, 2022 and this case remains before Magistrate Judge Moses for General Pretrial Purposes.

Dated: February 24, 2023
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge