# STONBERG, HICKMAN & PAVLOFF, LLP

Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York   10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.shplawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/08/2023

March 8, 2023

VIA ECF Only:

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Rm. 740
New York, NY   10007

**MEMO ENDORSED**

    Re:    State National Ins. Co., Flintlock Construction Services LLC, et. al. v. Accredited Surety & Casualty Company, Inc.
    Docket:    1:22-cv 02278
    Our File:    40211

Hon. Judge Moses:

    The Parties in this matter have reached a settlement in principle and are working out the details of the Settlement Agreement.  The Parties therefore respectfully request an adjournment of the Settlement Conference, currently scheduled for March 15, 2023, for two weeks, to work out the details of the settlement.

Respectfully,

*/Sherri N. Pavloff*
Sherri N. Pavloff

*/Vitaly Vilenchik*
Vitaly Vilenchik

---

Application GRANTED. The settlement conference currently scheduled for March 15, 2023, is hereby ADJOURNED to **March 29, 2023, at 2:15 p.m.** The parties' confidential settlement conference submissions, *see* Order Sched'g Sett. Conf. dated February 17, 2023 (Dkt. 28) ¶¶ 3-4, are due **March 22, 2023** (if the case is not yet dismissed). SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
March 8, 2023